IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

C.A. No.: 9:19-cv-00865-BHH

| | |
|---|---|
| Stoneworks, Inc., | )<br>)|
| Plaintiff, | )<br>) |
| vs. | ) **STIPULATION OF DIMISSAL**<br>) **WITH PREJUDICE** |
| Evanston Insurance Company, | )<br>)<br>) |
| Defendant. | ) |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree to the dismissal of this action with prejudice.

**I SO STIPULATE:**

*s/ William P. Davis*
William P. Davis Fed. ID No.: 454
Mariel D. Norton Fed. ID No.: 11286
Baker, Ravenel & Bender, LLP
3710 Landmark Drive, Suite 400
P.O. Box 8057
Columbia, SC 29202
wdavis@brblegal.com
mnorton@brblegal.com
***Attorneys for Defendant***

**I SO STIPULATE:**

*s/ Sean Michael Bolchoz*
Sean Michael Bolchoz Fed. ID No. 09031
BOLCHOZ LAW FIRM, PA
PO Box 22650
Hilton Head Island, SC 29925
(843) 836-3033
sbolchoz@bolchozlaw.com

and

*s/ Bert G. Utsey, III*
Bert G. Utsey, III
Fed ID No. 01045
PETERS, MURDAUGH, PARKER,
ELTZROTH & DETRICK, P.A.
Post Office Box 30968
Charleston, SC 29417
(843) 818-4399
butsey@pmped.com
***Attorneys for Plaintiff***